# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>ANGELO TAYLOR,<br><br>        Defendant. | Case No. 2:18-cr-00321-JAD-NJK<br><br>ORDER<br><br>(Docket Nos. 33, 34) |

On April 26, 2019, while represented by counsel, Defendant Angelo Taylor filed a letter brief purporting to invoke certain legal rights. Docket No. 33. On April 30, 2019, the United States filed a motion to strike Defendant's *pro se* filing. Docket No. 34. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

The United States' motion to strike, Docket No. 34, is **GRANTED**. Defendant's *pro se* filing, Docket No. 33, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: May 1, 2019.

                                                NANCY J. KOPPE<br>
                                                UNITED STATES MAGISTRATE JUDGE