# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00321-JAD-NJK |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Denying Motion to Dismiss Indictment** |
| Angelo Taylor, | |
| Defendant | [ECF Nos. 26, 31] |

Magistrate Judge Koppe recommends that I deny defendant Angelo Taylor's motion to dismiss[1] the original indictment against him because the superseding indictment[2] renders that motion moot.[3] The deadline for objections to that recommendation was April 25, 2019, and no party has filed an objection to it or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 31] is ADOPTED** in full;

IT IS FURTHER ORDERED THAT the motion to dismiss the original indictment **[ECF No. 26] is DENIED** as moot.

Dated: May 28, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 26.
[2] ECF No. 27.
[3] ECF No. 31.
[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).