# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANGELO TAYLOR,<br><br>    Defendant. | Case No.: 2:18-cr-00321-JAD-NJK<br><br>**Order** |

On May 21, 2019, Defendant Angelo Taylor filed a motion to suppress evidence. Docket No. 38. The motion requests a *Franks* hearing and focuses on statements made by a state law enforcement officer to a state judge in support of a search warrant under state law. *Id*. In part, the motion addresses statements made regarding two Missouri felony arrests and the handling of those arrests in Missouri court. *Id*. at 5-9.

In the briefing filed before the Court, neither Defendant nor the United States addresses whether the fact that the warrant was obtained under state law impacts the determination of this motion and the handling of the Missouri cases under Nevada law. *See State v. Pollard*, 44 P.3d 1261 (Kan. 2002). *See also State v. Howard*, 339 P. 3d 809 (Kan. 2014).

No later than July 18, 2019, both Defendant and the United States shall file supplemental briefing addressing this issue and how, if at all, it impacts the determination of the instant motion to suppress. Each party's supplemental brief is limited to five pages.

IT IS SO ORDERED.

DATED: July 15, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE