# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Angelo Taylor,<br><br>    Defendant | Case No.: 2:18-cr-00321-JAD-NJK<br><br>**Order Granting Motion for Appointment of Counsel**<br><br>ECF No. 78 |

On 3/24/2022, Defendant Angelo Taylor moved for the appointment of counsel to assist him in pursuing a claim of ineffective assistance of counsel against the Federal Public Defender. The Court finds that the appointment of counsel is warranted and in the interest of justice consistent with 18 U.S.C. § 3006A(a)(2).

Good cause appearing, IT IS ORDRED that Taylor's motion for appointment of counsel is GRANTED. CJA Resource Counsel for the District of Nevada is directed to assign CJA counsel to represent TAYLOR in pursuing relief under 28 U.S.C. § 2255.

DATED: April 8, 2022.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE