UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br>v.<br><br>Angelo Taylor,<br><br>    Defendant | Case No. 2:18-cr-00321-JAD-NJK<br><br>**Order re: filings in this closed case** |

    Angelo Taylor pled guilty of being a prohibited person in possession of a firearm in 2020 and was sentenced to time served.[1] But it appears that he is serving time in Nevada state custody, and he has recently started mailing items to this court, including a copy of the court-reporter's transcript from his sentencing hearing and a copy of correspondence between Taylor and his attorneys.[2] Because that correspondence contains attorney-client-privileged information, **I instruct the Clerk of Court to SEAL ECF No. 85.** And **I caution Taylor that this case is long-since closed and there is no action left to be taken in it.**[3] Future miscellaneous submissions will be stricken without further prior notice. If Taylor desires some type of federal

---

[1] ECF No. 73.

[2] ECF No. 85.

[3] While there have been recent developments in the law related to felon-in-possession-of-a-firearm convictions, it was determined that no relief is available to Taylor based on those developments. *See* ECF No. 82 (in which counsel appointed for Taylor to review his case and the availability of relief based on *Rehaif v. United States* reports that "Mr. Taylor does not have grounds for relief under *Rehaif*").

relief related to his state-court conviction or sentence, he will need to file an appropriate NEW action.

_____
U.S. District Judge Jennifer A. Dorsey
July 17, 2024