1

2

3                    **UNITED STATES DISTRICT COURT**

4                           **DISTRICT OF NEVADA**

5

6    UNITED STATES OF AMERICA,                 Case No. 2:18-cr-00321-JAD-NJK

7          Plaintiff(s),                                    **ORDER**

8    v.                                                [Docket No. 87]

9    ANGELO TAYLOR,

10         Defendant(s).

11         Pending before the Court is Defendant's motion for the Court to send him a docketed filing.

12   Docket No. 87.  An inmate has no constitutional right to free photocopying. *Johnson v. Moore*,

13   948 F.2d 517, 521 (9th Cir. 1991).  The Court does not generally provide copies of filed documents

14   or earlier orders, even for indigent litigants.  Instead, copies may be obtained from the Clerk's

15   Office pursuant to the statutory fee structure.  *See* Local Rule IC 1-1(i)(5); *see also* 28 U.S.C. §

16   1914.  Accordingly, the Court **DENIES** the motion for copies.

17         If Defendant seeks copies, Defendant must submit a "Copy and Service Request" form to

18   the Clerk's Office and Defendant must pay the required fees.  The Clerk's Office is

19   **INSTRUCTED** to send Defendant a courtesy copy of the "Copy and Service Request" form at

20   the Ely return address provided with his motion.  *See* Docket No. 87 at 2.

21         IT IS SO ORDERED.

22         Dated: December 31, 2024

23                                              _____

24                                              Nancy J. Koppe
                                                United States Magistrate Judge
25

26

27

28

                                                1